

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 31, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request is granted. The Defendant's sentencing is adjourned to September 5, 2024, at 4:00 p.m.
>
> SO ORDERED
> Date: June 3, 2024
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re: **United States v. Sebastian Arias**, 21 Cr. 698 (JPC)

Dear Judge Cronan:

    Because the undersigned will be out of the country on the date for which the Court scheduled sentencing in this matter—August 20, 2024—the Government respectfully requests a brief adjournment of the sentencing date. The defense consents to this request and requests a date in early September. Based on communications with Chambers, the Government understands that the Court is available on September 5, 2024, at 4 p.m., which is a date and time that is convenient for both parties.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

cc (by ECF):   John Zach, Esq.