

August 15, 2024

**VIA ECF**

Honorable John P. Cronan
United States District Judge
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Sebastian Arias*, 21 Cr. 698 (JPC)

Dear Judge Cronan:

    We respectfully write the Court to request that sentencing in the above-referenced matter be adjourned from September 5 until late-October 2024. The defense is continuing to gather materials for his sentencing and address issues relating to his status in the United States. The defense also has a trial in early-October that should be concluded by October 21. The Government does not object to the request for the adjournment. This is the defendant's first request for an adjournment (there was a prior request made by the Government and granted by the Court to adjust the sentencing by approximately a week because of travel issues).

    We appreciate the Court's consideration of this request.

    Respectfully submitted,

    *John Zach*
    John T. Zach
    Waleska Suero Garcia

Copies to:
AUSA Patrick Moroney
(via email)

The request is granted. The sentencing currently scheduled to take place on September 5, 2024, is hereby adjourned to October 28, 2024 at 4:00 p.m. in Courtroom 12D, 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close Docket Number 7.

SO ORDERED.
Date: August 16, 2024
New York, New York   _____

    JOHN P. CRONAN
    United States District Judge

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com